UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20346-CR-MARTINEZ

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FRANCY BEDOYA,
RONALD VIDAURRE,
SOFITEL TRADING CORP., and
VIBE ENTERPRISE, INC.,

      Defendants.
_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned, Assistant United States Attorney Nicole Grosnoff, hereby files this Notice of Appearance for the purpose of addressing asset forfeiture matters in this case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ ACTING
UNITED STATES ATTORNEY

By:    */s/ Nicole Grosnoff*
      Nicole Grosnoff
      Assistant United States Attorney
      Court ID No. A5502029
      nicole.s.grosnoff@usdoj.gov
      U.S. Attorney's Office
      99 Northeast Fourth Street, 7th Floor
      Miami, Florida 33132-2111
      Telephone: (305) 961-9294
      Facsimile: (305) 536-4089